IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN GIORDANO, JEANETTE GIORDANO, JAMES GIORDANO, and JESSICA GIORDANO; | : <br> : <br> : <br> : |
| KEITH DALTON, and ANN AERTS | :     Civil Action No.: 1:19-cv-21573 |
| CORBY DEESE JR. and TAMMY O'LEARY; | : <br> : <br> : |
| ARMANDO FERNANDEZ; | : <br> : |
| EDWARD FRANKLIN, DANA FRANKLIN, and AUSTIN FRANKLIN; | :     **Stipulation and ~~Proposed~~ Order** <br> : <br> : |
| MICHAEL HARPER, SUSAN KOYE, JENNIFER HARPER, SAVANNAH HARPER, and ELIZABETH HARPER; | : <br> : <br> : <br> : |
| HELEN KAROL; | : <br> : |
| WESLEY KILLE, LESLIE KILLE, GAGE KILLE, LUCIA KILLE, and MALAYNA REISTLE; | : <br> : <br> : <br> : |
| MICHAEL LANGE and ANDREW SOLARI; and | : <br> : <br> : |
| JIM RAPISARDI; | : <br> : |
| JUSTIN SCHALLER, JULIE SCHALLER, REBECCA SCHALLER, and JUSTIN SCHALLER JR.; | : <br> : <br> : <br> : |
|               Plaintiffs | : <br> : |
| v. | : <br> : |
| SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E.I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE | : <br> : <br> : <br> : <br> : <br> : <br> : |

    3M COMPANY; and ABC  
    CORPORATIONS #1-10          :  
                                            :  
                Defendants      :

WHEREAS, Corby Deese, Jr. and Tammy O'Leary are plaintiffs in a case filed by John Giordano and others in the United States District Court, <u>Giordano et al v. Solvay Specialty Polymers, USA, LLC, et al,</u> Civil Action No. 1:19-cv-21573 (the "Giordano Action");

WHEREAS, Corby Deese, Jr. and Tammy O'Leary, at the time that the Giordano Action was filed, were represented by the law firm of Williams Cedar, LLC;

WHEREAS, Corby Deese, Jr. and Tammy O'Leary, after filing the Giordano Action, determined to retain Phillips & Paolicelli, LLP, Szaferman, Lakind, Blumstein & Blader, PC, and Cooney & Conway as their counsel;

WHEREAS, Phillips & Paolicelli, LLP, Szaferman, Lakind, Blumstein & Blader, PC, and Cooney & Conway have filed substitutions of attorney to become counsel for Corby Deese, Jr. and Tammy O'Leary in the Giordano Action;

WHEREAS, Phillips & Paolicelli, LLP, Szaferman, Lakind, Blumstein & Blader, PC, and Cooney & Conway intend to file an amended complaint on behalf of Corby Deese, Jr. and Tammy O'Leary; and

WHEREAS, Defendants in the Giordano Action do not oppose the severance of claims by Corby Deese, Jr. and Tammy O'Leary from the Giordano Action, subject to a reservation of any and all defenses they may have to those claims and the remaining claims asserted by other plaintiffs in the Giordano Action, and otherwise take no position with regard to the history recounted above; now therefore,

IT IS on this 14th day of January, 2021, ORDERED that

1. The claims of Corby Deese, Jr. and Tammy O'Leary in <u>Giordano, et al v Solvay Specialty Products et al,</u> Civil Action No.: 1:19-cv-21573, be and hereby are severed from the Giordano Action and assigned docket number 21-217 (NLH)(JS);

2. Phillips & Paolicelli, LLP, Szaferman, Lakind, Blumstein & Blader, PC, and Cooney & Conway are given leave to file a Third Amended Complaint on behalf of Corby Deese, Jr. and Tammy O'Leary in the matter assigned docket number 21-217 (NLH)(JS) provided such Third Amended Complaint is filed on or before January 29, 2021;

3. Defendants in the Giordano Action shall retain any and all defenses they may have to (i) claims Corby Deese, Jr. and/or Tammy O'Leary have asserted in the Giordano Action, (ii) any claims Corby Deese, Jr. and/or Tammy O'Leary may assert in their Third Amended Complaint; and (iii) the remaining claims asserted by other plaintiffs in the Giordano Action.

4. The deadline for the Defendants to respond to a Third Amended Complaint filed on behalf of Corby Deese, Jr. and/or Tammy O'Leary in accordance with this Order shall be stayed pending further Order of the Court, in the manner provided in this Court's previous Order, dated November 1, 2020, decretal paragraph 2, Document No. 96 in Docket 1:19-cv-21573-NLH-JS.

5. No Additional Filed fee is Required.

6. All docket entries from Giordano, 19-21573 (NLH)(JS) are incorporated herein by reference.

7. This case is consolidated for discovery and case management purposes with C.A. Nos. 19-21573, 20-6906, 20-8487, 20-11393 and 20-15014.

_____
Joel Schneider,
United States Magistrate Judge

The undersigned consent to the
form and entry of this Order

**Phillips & Paolicelli, LLP**
**Counsel to Plaintiffs,**
**Corby Deese, Jr. and Tammy O'Leary**

By: ___s/Steven Phillips___
      Steven Phillips

**Szaferman Lakind Blumstein & Blader, P.C.**
**Counsel to Plaintiffs,**
**Corby Deese, Jr. and Tammy O'Leary**

By: ___s/Arnold C. Lakind___
      Arnold C. Lakind

**Cooney & Conway**
**Counsel to Plaintiffs,**
**Corby Deese, Jr. and Tammy O'Leary**

By: ___s/Kevin Cooney___
      Kevin Cooney

**Williams Cedar, LLC**

By: ___s/Alan Sklarksy___
      Alan Sklarksy

**LATHAM & WATKINS LLP**
**Counsel to Solvay Specialty Polymers, USA, LLC**
**(successor-by-merger to Solvay Solexis Inc.)**

By: ___s/Kegan A. Brown___
      Kegan A. Brown

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
**Counsel to Arkema, Inc.**

By: ___s/Jonn D. North___
      John D. North
      Irene Hsieh

**McCARTER & ENGLISH, LLP**
**Counsel to E. I. du Pont de Nemours & Company**

By: ___s/Natalie Watson___
      Natalie Watson
      Lanny S. Kurzweil
      Nathan Howe

<div style="display: flex;">

**McCARTER & ENGLISH, LLP**
**Counsel to The Chemours Company**

By:   s/Lanny S. Kursweil
     Natalie Watson
     Lanny S. Kurzweil
     Nathan Howe

**McCARTER & ENGLISH, LLP**
**Counsel to The Chemours Company**
   **FC, LLC**

By:   s/Nathan Howe
     Natalie Watson
     Lanny S. Kurzweil
     Nathan Howe

</div>

**BRESSLER, AMERY & ROSS, P.C.**
**Counsel to 3M Company**

By:   s/Donald J. Camerson, II
     Donald J. Camerson, II