IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KIMBERLY BOND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOLVAY SPECIALTY POLYMERS,<br>USA, LLC, et al.,<br><br>    Defendants. | Civil No. 20-8487 (NLH/AMD)<br>**[D.I. 410]**<br><br><br><br>**<u>ORDER</u>** |

THIS ORDER ALSO APPLIES IN THE FOLLOWING CASES:

***Slusser, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 20-11393 (NLH/AMD)
    **[D.I. 388]**

***O'Leary and Deese v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-217 (NLH/AMD)
    **[D.I. 319]**

***Corrar and Bond v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-452 (NLH/AMD)
    **[D.I. 319]**

***S. Bond v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-11203 (NLH/AMD)
    **[D.I. 302]**

***N. Bond v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 21-20755 (NLH/AMD)
    **[D.I. 239]**

***K. Bond, et al. v. Solvay Specialty Polymers, USA, LLC, et al.***
    Civil No. 22-1115 (NLH/AMD)
    **[D.I. 228]**

    This matter having come before the Court by way of Plaintiffs'

Motion to Remove Inadvertently Filed Documents from the Public

Docket and to Seal; and the Court having conducted a telephonic conference on October 10, 2023 with all counsel as noted on the record; and for the reasons set forth on the record, and for good cause shown:

IT IS on this 10th day of October 2023:

**ORDERED** that the above-captioned motions shall be, and are hereby, **DISMISSED**. The respective documents shall remain under seal pending a formal motion to seal pursuant to L. CIV. R. 5.3, which shall be filed by no later than **October 24, 2023.**

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Noel L. Hillman